IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT AHSIM LANDS,

    Petitioner,                  No. CIV-06-1596 GEB CMK P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. While petitioner did file a motion to proceed in forma pauperis, he has indicated that he is not incarcerated and he has failed to tell the court what his income is. See 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, the court is unable to make a determination of whether petitioner qualified for to proceed in forma pauperis.

       Petitioner will be given an opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee ($5.00).

///

///

///

///

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 24, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2