IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT AHSIM LANDS,

          Petitioner,               No. CIV-06-1596 GEB CMK P

   vs.

PEOPLE OF THE STATE OF CALIFORNIA,

          Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  While petitioner did file a motion to proceed in forma pauperis, he has indicated that he is not incarcerated and he has failed to tell the court what his income is. <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).   Accordingly, the court is unable to make a determination of whether petitioner qualified for to proceed in forma pauperis.

        Petitioner will be given an opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee ($5.00).

///

///

///

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED:  August 31, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE