IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT ASHIM LANDS,

    Petitioner,                  No. CIV S-06-1596 GEB  CMK P

    vs.

PEOPLE IN THE STATE OF CALIFORNIA, et al.,

    Respondents.             FINDINGS & RECOMMENDATIONS

/

        Petitioner is a state prisoner proceeding without counsel and in forma pauperis with this application for a writ of habeas corpus. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        By order filed October 18, 2006, the court dismissed petitioner's habeas application for failure to name the proper respondent. Petitioner was granted thirty days to file an amended petition. The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that petitioner's habeas application be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

///

///

1

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
3   twenty days after being served with these findings and recommendations, petitioner may file
4   written objections with the court.  The document should be captioned "Objections to Magistrate
5   Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections
6   within the specified time may waive the right to appeal the District Court's order. See Martinez
7   v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9   DATED:   December 12, 2006.

    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE